# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

ANTWAN DARRELL HARPER

Case Number: 6:06-CR-88-ORL-28KRS

USM Number: 26349-018

Clarence W. Counts, Jr., FPD
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three, Four, Five, Six, Eight and Twelve of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to Report | April 20, 2007 |
| Two | Failure to Report | April 27, 2007 |
| Three | Failure to Report | May 11, 2007 |
| Four | Failure to Report | May 18, 2007 |
| Five | Failure to Report | June 15, 2007 |
| Six | Failure to Report | June 22, 2007 |
| Eight | Positive Urinalysis for Cannabinoids | August 7, 2007 |
| Twelve | Failure to reside in a Residential Re-Entry Center/Residential Re-entry Sanctions Center | September 11, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated conditions Seven, Nine, Ten, and Eleven and is discharged as to such violation conditions.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
4/30/2008

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

May 2, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **9 Months.**

The Court recommends to the Bureau of Prisons:

that defendant receive vocational rehabilitative training while incarcerated

It is **FURTHER ORDERED** that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal